# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**HERMAN WILLIETT HAMPTON**                                                  **PLAINTIFF**

**V.**                      **CASE NO. 3:14-CV-141 JLH/BD**

**CRAIGHEAD COUNTY DETENTION CENTER, et al.**         **DEFENDANTS**

## ORDER

Herman Williett Hampton, an inmate at the Craighead County Detention Facility, filed this lawsuit pro se under 42 U.S.C. § 1983. (Docket entry #1) Because Mr. Hampton's original and amended complaints were deficient, he was ordered to file a second amended complaint. (#5, #8) Mr. Hampton has now filed a second amended complaint. (#10) Based on the allegations in his complaints, Mr. Hampton has stated deliberate-indifference claims against Defendants Boyd, Duncan, and Bently. Accordingly, service is proper for those Defendants.

The Clerk of Court is directed to prepare summonses for Defendants Boyd, Duncan, and Bently; the United States Marshal is directed to serve copies of the complaint, amended complaint, and second amended complaint, with any attachments (docket entry #1, #7, #10), and a summons for each Defendant through the Craighead County Sheriff's Department, 901 Willett Road, Jonesboro, Arkansas 72401, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED, this 4th day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE