## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

HERMAN WILLIETT HAMPTON                                                      PLAINTIFF

v.                              NO. 3:14CV00141 JLH/BD

CRAIGHEAD COUNTY
DETENTION CENTER, *et al*.                                                   DEFENDANTS

### ORDER

The Court has received a Partial Recommended Disposition filed by Magistrate Judge Beth Deere. The parties have not filed objections. After a careful review of the recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings, in all respects.

Herman Williett Hampton's claims against the Craighead County Detention Center are DISMISSED, with prejudice. In addition, his claims relating to the Detention Center's grievance procedure and the defendants' failure to respond to his grievances are also DISMISSED, with prejudice.

IT IS SO ORDERED this 3rd day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE