**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

HERMAN WILLIETT HAMPTON                                             PLAINTIFF

v.                           NO. 3:14CV00141 JLH/BD

CRAIGHEAD COUNTY
DETENTION CENTER, et al.                                            DEFENDANTS

## ORDER

Herman Williett Hampton has moved to voluntarily dismiss the claims raised in this lawsuit.

The motion is GRANTED. Document #30. Hampton's claims are DISMISSED, without prejudice.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED this 9th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE