# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

HERMAN WILLIETT HAMPTON                      PLAINTIFF

v.                    NO. 3:14CV00141 JLH/BD

CRAIGHEAD COUNTY
DETENTION CENTER, et al.                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, without prejudice.

IT IS SO ORDERED this 9th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE